# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LESA M. MARTINO,

Appellant,

v.

TRACI SAMUEL,

Appellee.

No. 2D22-3652
_____

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Lesa M. Martino, pro se.

John F. Hayter of John F. Hayter, Attorney at Law, P.A., Gainesville, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.